AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 17 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:22-mj-00080-CSD |
| | ) |
| RANDALL V. RULE | ) Charging District:  Eastern District of Texas |
| *Defendant* | ) Charging District's Case No.  6:22-cr-64-JDR-JDL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: William M Steger Federal Building and United States Courthouse, 211 W. Ferguson Room 210, Tyler, TX 75702 before Magistrate Judge John Love | Courtroom No.: Room 210 |
|---|---|
| | Date and Time: June 29, 2022 at 10:00 A.M. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  06/17/2022

*Judge's signature*

Craig S. Denney, U.S. Magistrate Judge
*Printed name and title*